# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LARRY MOORE,**

    **Plaintiff,**

vs.                                               **Case No. 4:05cv47-WS/WCS**

**DEPARTMENT OF CORRECTIONS,**

    **Defendants.**

    _____/

## O R D E R

Plaintiff, a *pro se* inmate, filed a "notice of complaint withdrawal," doc. 8, indicating he did not want to continue this case and simultaneously expressing his confusion over the filing fee. Because of Plaintiff's confusion, an order was entered explaining the prisoner litigation process when being granted *in forma pauperis*, and also giving Plaintiff the opportunity to either pay the previously assessed $2.00 initial partial filing fee, doc. 7, or reaffirm his desire to close this case. Doc. 9. Plaintiff has now filed a document clearly stating his intent to voluntarily dismiss this case. Doc. 10.

Rule 41(a)(1)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves his answer, or files a motion for summary judgment. Plaintiff's "notice of complaint

withdrawal," doc. 10, is accepted as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).  Since the complaint was not served, it is clear that the Plaintiff is automatically entitled to take a voluntary dismissal at this time.

Accordingly, it is

**ORDERED**:

1.  Plaintiff's notice, doc. 10, is treated as a notice of voluntary dismissal.

2.  This cause shall be considered closed upon entry of this order.

**DONE AND ORDERED** on May 6, 2005.

        s/    William C. Sherrill, Jr.
        **WILLIAM C. SHERRILL, JR.**
        **UNITED STATES MAGISTRATE JUDGE**